UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KENNETH ZAHL, M.D., *individually and on assignment of his patients*,

           Plaintiff,

  v.

CIGNA CORPORATION;
JOHN AND JANE DOES 1-100, *Fictitious Persons or Entities, Jointly, Severally, and Alternatively*,

           Defendants.

Civ. Action No. 09-1527  (KSH)

**ORDER**

For the reasons expressed in the opinion filed herewith, and with good cause appearing;

**IT IS** on this 31st day of March, 2010 hereby

**ORDERED** that Cigna Corporation's motion [D.E. 14] to dismiss Counts One, Three, Four and Five of Zahl's amended complaint [D.E. 11] is **granted**.

                                    /s/  Katharine S. Hayden

                                    Katharine S. Hayden, U.S.D.J.